FILED
FEB 1 4 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 12-cr-00170-L |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT AND ORDER |
|  | ) OF DISMISSAL OF INFORMATION |
| WILLIAM HERNANDEZ-GARCIA, | ) AND THE BOND EXONERATED |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed without prejudice, and the bond exonerated.

IT IS SO ORDERED.

DATED: 2/14/12 .

_____
HONORABLE WILLIAM V. GALLO
United States Magistrate Judge